1
2
3
4
5          NOTE: CHANGES HAVE BEEN
6          MADE TO THIS DOCUMENT
7
8              UNITED STATES DISTRICT COURT
9    FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10
11   GUST MARION JANIS,            ) No. CV 05-6738-AHM(Ex)
                                   )
12           Plaintiff,            ) [~~PROPOSED~~]
                                   )
13       v.                        ) **JUDGMENT IN FAVOR OF**
                                   ) **DEFENDANT**
14   UNITED STATES OF AMERICA,     )
                                   )
15           Defendant.            )
16   _____)
17
18
19
20
21
22
23
24
25
26
27
28

1   Pursuant to the order dated May 29, 2009, IT IS HEREBY
2   ORDERED, ADJUDGED AND DECREED that Plaintiff shall take nothing
3   and judgment is hereby entered for Defendant on all claims for
4   relief.  Defendant may not recover its costs because this case
5   was dismissed for lack of subject matter jurisdiction, and it
6   would not be just to award costs to Defendant.  *See Miles v.*
7   *State of Cal.*, 320 F.3d 986 (9th Cir. 2003) (where claim is
8   dismissed for lack of subject matter jurisdiction, costs may not
9   be awarded under Fed. R. Civ. P. 54(d), only under 28 U.S.C. §
10  1919, which allows "just costs" and does not turn on who is the
11  prevailing party).
12      IT IS SO ORDERED.
13  DATE:   June 17, 2009.
14
15  **JS-6**                           _____
16                                     UNITED STATES DISTRICT JUDGE